WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Molina, et al., ) | |
| Plaintiffs, ) | |
| v. ) | CV 05-274 TUC DCB |
| ) | **O R D E R** |
| United States of America, et al., ) | |
| Defendants, ) | |

On October 3, 2006, the Honorable Charles R. Pyle, United States Magistrate Judge, filed a Report and Recommendation in this action. The Report and Recommendation advised this Court that Plaintiff's action, filed *pro se,* was subject to dismissal. Plaintiff has failed to serve the Complaint and failed to show good cause for the failure to serve the Defendants. Plaintiffs were given a hearing and an extension of time to affect service, but still they failed to serve the Defendants. Therefore, the Magistrate Judge recommends dismissal of this action pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, which requires service of a complaint within 120 days after it is filed with the Court, and pursuant to Rule 41(b) for Plaintiff's failure to prosecute this case.

The parties were sent copies of the Recommendation and instructed that, pursuant to 28 U.S.C. § 636(b), they had 10 days to file written objections to the Recommendation. *See also,* Federal Rule of Civil Procedure 72(b) (party objecting to the recommended disposition has ten (10) days to file specific, written objections). To date, no such objections have been filed.

Pursuant to 28 U.S.C. § 636(b), this Court makes a *de novo* determination as to those portions of the Report and Recommendation to which there are objections. 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the

report or specified proposed findings and recommendations to which objection is made.")  To the extent that no objection has been made, arguments to the contrary have been waived. *McCall v. Andrus*, 628 F.2d 1185, 1187 (9th Cir. 1980) (failure to object to Magistrate's report waives right to do so on appeal); *see also*, Advisory Committee Notes to Fed. R. Civ. P. 72 (citing *Campbell v. United States Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974) (when no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation).

The Court considers the Report and Recommendation to be thorough and well-reasoned; it is neither clearly erroneous nor contrary to law. *United States v. Remsing*, 874 F.2d 614, 617-618 (9th Cir. 1989).  It shall, therefore, be accepted pursuant to 28 U.S.C. § 636(b)(1). The Court adopts it, and for the reasons stated in the Report and Recommendation, the Court dismisses this action, pursuant to Fed. R. Civ. P.4(m) for failure to serve the Complaint and pursuant to Fed. R. Civ. P. 41(b) because Plaintiff has failed to prosecute this case.

**Accordingly,**

**IT IS ORDERED** that the Report and Recommendation [Doc. # 10] is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that this action is dismissed without prejudice pursuant to Rule 4(m) and 41(b); the Clerk of the Court shall enter judgment accordingly.

DATED this 29th day of November, 2006.

David C. Bury
United States District Judge